IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MARY TYLER,                                  )
                                             )
            Plaintiff,                       )
                                             )        CIVIL ACTION NO.
VS.                                          )
                                             )        3:23-CV-2377-G-BN
TRI CITY ANIMAL SHELTER, ET AL.,             )
                                             )
            Defendants.                      )


### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  No objections were filed.  The District Court reviewed the proposed findings, conclusions, and recommendation for plain error.  Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

November 28, 2023.

_A. Joe Fish_____
A. JOE FISH
Senior United States District Judge